United States District Court
Southern District of Texas
**FILED**
NOV 16 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. M-21-2241 |
| SIXTO GONZALEZ, JR. | § § | |

### INDICTMENT

**THE GRAND JURY CHARGES:**

On or about June 23, 2021 through on or about June 25, 2021, the defendant,

**SIXTO GONZALEZ, JR.**

who was first brought to the Southern District of Texas, did intentionally seize and detain and threaten to kill, injure, and continue to detain Jose Catete in order to compel Martin Garza to do and abstain from doing something, to wit: pay a ransom, as an explicit and implicit condition for the release of the hostage, Jose Catete, a national of the United States.

In violation of Title 18 of the United States Code, Sections 1203 and 2.

A TRUE BILL

_____
FOREPERSON

JENNIFER B. LOWERY
ACTING UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY